UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JOHN RONALD LONG ) | CASE NO.: 21-10273-LRC |
| ) | |
| ) | |
| DEBTOR. ) | |

**CHAPTER 13 TRUSTEE'S
SUPPLEMENTAL OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. The Chapter 13 Plan fails to provide treatment of the filed secured claim of Newnan Crossing Homeowners Association in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: July 13, 2021

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:    (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JOHN RONALD LONG ) | CASE NO.: 21-10273-LRC |
| ) | |
| ) | |
| DEBTOR. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Victoria E. Baggett     Victoria@nowackhoward.com, bankruptcy@nowackhoward.com
Melissa J. Davey     cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Emmett L. Goodman     bkydept@goodmanlaw.org, dwilder@goodmanlaw.org
Philip L. Rubin     prubin@lrglaw.com
Dan Saeger     dan@whitfieldcountylaw.com, G64511@notify.cincompass.com
Chad Ralston Simon     GAECFNotices@bonialpc.com, ChadRSimon21@gmail.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):
JOHN RONALD LONG
80 CREEKSIDE WAY
NEWNAN, GA  30265-6064

Dated: July 13, 2021

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:     (678) 510-1444
Facsimile:     (678) 510-1450
mail@13trusteeatlanta.com