UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN RONALD LONG,<br><br>DEBTOR.<br>------------------------------------------------------------------<br><br>MELISSA J. DAVEY,<br>STANDING CHAPTER 13 TRUSTEE,<br>    Movant,<br><br>v.<br><br>JOHN RONALD LONG,<br>    Respondent.<br>------------------------------------------------------------------ | CASE NO.: 21-10273-LRC<br><br>CHAPTER 13<br><br>JUDGE LISA RITCHEY CRAIG<br><br><br><br><br><br><br>CONTESTED MATTER |

**CHAPTER 13 TRUSTEE'S**
**SUPPLEMENTAL OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

      Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

      1.     The Chapter 13 Trustee is unable to administer the Plan, as Section 1.2 and Section 3.4 of the Chapter 13 Plan are inconsistent regarding the avoidance of liens.

      2.     The Amended Chapter 13 Plan is ineffective and cannot be administered by the Chapter 13 Trustee because it fails to correctly identify the amended Plan sections (3.4) as required by NDGA Bankruptcy Court General Order 21-2017 and/or 41-2020.

      3.     The NDGA Local Plan Form requires the appropriate box to be "checked" in order for that section to be effective. In this case, the Debtor failed to check the applicable box in Section 3.4 of the Plan, such that the Plan cannot be administered.

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated:  October 04, 2021

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:	(678) 510-1444
Facsimile:	(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-10273-LRC |
| | ) | |
| JOHN RONALD LONG, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE LISA RITCHEY CRAIG |
| ------------------------------------- | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| JOHN RONALD LONG, | ) | |
| Respondent. | ) | |
| ------------------------------------- | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Victoria E. Baggett    Victoria@nowackhoward.com, bankruptcy@nowackhoward.com
Melissa J. Davey    mail@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Emmett L. Goodman    bkydept@goodmanlaw.org, dwilder@goodmanlaw.org
Philip L. Rubin    prubin@lrglaw.com
Dan Saeger    dan@whitfieldcountylaw.com, G64511@notify.cincompass.com
Chad Ralston Simon    chad.simon@BonialPC.com, Notices.Bonial@ecf.courtdrive.com;GAECFNotices@BonialPC.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):
JOHN RONALD LONG
80 CREEKSIDE WAY
NEWNAN, GA  30265-6064

Dated: October 04, 2021

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  (678) 510-1444
Facsimile:  (678) 510-1450
mail@13trusteeatlanta.com