UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-10273-LRC |
| | ) | |
| John Ronald Long, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE that the Debtor has filed a** preconfirmation modification to the Chapter 13 Plan.  The preconfirmation modification may matierally and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected.  You should read the preconfirmation modification carefully and discuss it with your attorney,  if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1)  File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified.  The written objection must be filed at the following address:

> Clerk, United States Bankruptcy Court
> Room 1340
> 75 Ted Turner Drive SW
> Atlanta, Georgia 30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2)  Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee.  You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

Saeger & Associates

706 S Thornton Ave Ste D
Dalton, GA 30720

Melissa J. Davey – Chapter 13 Trustee
260 Peachtree St, NW
Suite 200
Atlanta, GA 30303

    If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

    A hearing on confirmation of the Chapter 13 Plan, as modified will be held in the 2nd Floor Courtroom, Federal Building, Newnan, GA 30264 at 9:30 A.M. on December 2, 2021.  You or your attorney must attend the hearing and advocate your position.  Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.

    Dated:  November 4, 2021

    /s/__Dan Saeger____
    Dan Saeger
    Georgia Bar No. 680628
    SAEGER & ASSOCIATES, LLC
    706 S Thornton Ave Ste D
    Dalton, GA 30720
    (P) 706-529-5566
    dan@whitfieldcountylaw.com

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Debtor's Notice of Hearing on Confirmation have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

**Chapter 13 Trustee**
Melissa J. Davey
260 Peachtree St, NW
Suite 200
Atlanta, GA 30303

**Debtor**
John Ronald Long
80 Creekside Way
Newnan, GA 30265

And all parties on the attached mailing matrix.

This 4th day of November, 2021.

/s/__Dan Saeger____
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

```
Label Matrix for local noticing          (p)ATLAS ACQUISITIONS LCG              Victoria E. Baggett
113E-3                                   492C CEDAR LANE SUITE 442              NowackHoward, LLC
Case 21-10273-lrc                        TEANECK NJ 07666-1713                  Suite 1250, Resurgens Plaza
Northern District of Georgia                                                    945 E. Paces Ferry Road, NE
Newnan                                                                          Atlanta, GA 30326-1160
Tue Aug  3 14:57:20 EDT 2021

Brickhouse OpCo I LLC                    Capital One Bank (USA), N.A.           Capital One Bank USA, N.A.
4053 Maple Road Suite 122                4515 N Santa Fe Ave                    PO Box 30285
Amherst, NY 14226-1058                   Oklahoma City, OK 73118-7901           Salt Lake City, UT  84130-0285



Cavalry Portfolio Services               Cavalry SPV I, LLC                     Comenity Bank/Victorias Secret
500 Summit Lake Dr Ste 400               500 Summit Lake Drive, Ste 400         PO Box 182789
Valhalla, NY 10595-2322                  Valhalla, NY 10595-2321                Columbus, OH  43218-2789



Credit One Bank                          Melissa J. Davey                       Discover Bank
PO Box 98873                             Melissa J. Davey, Standing Ch 13 Trustee   Discover Products Inc
Las Vegas, NV  89193-8873                Suite 200                              PO Box 3025
                                         260 Peachtree Street, NW               New Albany, OH  43054-3025
                                         Atlanta, GA 30303-1236

(p)DISCOVER FINANCIAL SERVICES LLC       Emmett L. Goodman Jr.                  (p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 3025                              Emmett L. Goodman, Jr., LLC            PO BOX 7999
NEW ALBANY OH 43054-3025                 544 Mulberry Street                    SAINT CLOUD MN 56302-7999
                                         Suite 800
                                         Macon, GA 31201-2776

LVNV Funding, LLC                        John Ronald Long                       MERRICK BANK
Resurgent Capital Services               80 Creekside Way                       Resurgent Capital Services
PO Box 10587                             Newnan, GA 30265-6064                  PO Box 10368
Greenville, SC 29603-0587                                                       Greenville, SC 29603-0368



(p)MERCHANTS ADJUSTMENT SERVICE  INC     Merrick Bank                           OneMain
ATTN ATTN SHERI                          PO Box 9201                            PO Box 1010
PO BOX 7511                              Old Bethpage, NY  11804-9001           Evansville, IN 47706-1010
MOBILE AL 36670-0511



OneMain Financial                        OneMain Financial Group, LLC           (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 3251                              P. O. Box 3251                         PO BOX 41067
Evansville, IN 47731-3251                Evansville, IN 47731-3251              NORFOLK VA 23541-1067



Quantum3 Group LLC as agent for          Philip L. Rubin                        Dan Saeger
MOMA Trust LLC                           Lefkoff Rubin Gleason Russo Williams PC   Saeger & Associates, LLC
PO Box 788                               Suite 900                              Suite D
Kirkland, WA  98083-0788                 5555 Glenridge Connector               706 S Thornton Ave
                                         Atlanta, GA 30342-4762                 Dalton, GA 30720-8212

Chad Ralston Simon                       Stonebridge at Newnan Crossing Homeowners As   Stonebridge at Newnan Crossing Homeowners As
Bonial and Associates, P.C.              C/o NowackHoward, LLC                  c/o NowackHoward, LLC
P. O. Box 80727                          Resurgens Plaza, Suite 1250            Resurgens Plaza, Suite 1250
Atlanta, GA 30366-0727                   945 E Paces Ferry Rd, NE               945 East Paces Ferry Rd NE
                                         Atlanta, GA 30326-1160                 Atlanta, GA 30326-1160
```

```
The Money Source                The Money Source Inc.                   The Money Source Inc.
500 S Broad St                  14841 Dallas Parkway, Suite 425         500 South Broad Street Suite 100A
Meriden, CT 06450-6755          Dallas, TX 75254-8067                   Meriden, Connecticut 06450-6755


Webbank/Fingerhut               Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Dealer Services
6250 Ridgewood Rd               PO Box 130000                           PO Box 19657
Saint Cloud, MN  56303-0820     Raleigh, NC 27605-1000                  Irvine, CA 92623-9657
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlas Acquisitions LLC          Discover Financial Services LLC         Jefferson Capital Systems LLC
492C Cedar Lane, Ste 442        PO Box 15316                            Po Box 7999
Teaneck, NJ 07666               Wilmington, DE  19850-5316              Saint Cloud Mn 56302-9617


Merchants Adjustment Service    Portfolio Recovery                      (d)Portfolio Recovery Associates, LLC
PO Box 7511                     120 Corporate Blvd Ste 100              POB 41067
56 N Florida Street             Norfolk, VA  23502-4952                 Norfolk VA 23541
Mobile, AL  36670-0511
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Money Source Inc         (u)Wells Fargo Bank, N.A., dba Wells Fargo Au   End of Label Matrix
                                                                        Mailable recipients    35
                                                                        Bypassed recipients     2
                                                                        Total                  37
```