# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-10273-LRC |
| | ) | |
| John Ronald Long, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Amended Chapter 13 Plan (Doc 41) to Cavalry SPV I, LLC by First Class Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) at the following addresses:

Cavalry SPV I, LLC
c/o CT Corporation System
289 S Culver St
Lawrenceville, GA 30046-4805

Cheryl Guziczek – Bankruptcy Specialist
Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

This 7th day of March, 2022.

Respectfully submitted,

_____/s/_____
Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30736
(P) 706-529-5566
(F) 706-529-3775
dan@whitfieldcountylaw.com