**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-10273-LRC |
| | ) | |
| John Ronald Long, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that the Debtor has filed a preconfirmation modification to the Chapter 13 Plan.  The preconfirmation modification may matierally and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected.  You should read the preconfirmation modification carefully and discuss it with your attorney,  if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1)  File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified.  The written objection must be filed at the following address:

>   Clerk, United States Bankruptcy Court
>   Room 1340
>   75 Ted Turner Drive SW
>   Atlanta, Georgia 30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2)  Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee.  You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

>   Saeger & Associates

      706 S Thornton Ave Ste D
      Dalton, GA 30720

      Melissa J. Davey – Chapter 13 Trustee
      260 Peachtree St, NW
      Suite 200
      Atlanta, GA 30303


      If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

      A hearing on confirmation of the Chapter 13 Plan, as modified will be held in the 2nd Floor Courtroom, Federal Building, Newnan, GA 30264 at 9:30 A.M. on April 28, 2022.  You or your attorney must attend the hearing and advocate your position.  Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.


      Dated:  March 7, 2022

                                            /s/   Dan Saeger
                                            Dan Saeger
                                            Georgia Bar No. 680628
                                            SAEGER & ASSOCIATES, LLC
                                            706 S Thornton Ave Ste D
                                            Dalton, GA 30720
                                            (P) 706-529-5566
                                            dan@whitfieldcountylaw.com

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Debtor's Notice of Hearing on Confirmation have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

**Chapter 13 Trustee**
Melissa J. Davey
260 Peachtree St, NW
Suite 200
Atlanta, GA 30303

**Debtor**
John Ronald Long
80 Creekside Way
Newnan, GA 30265

And all parties on the attached mailing matrix.

This 3rd day of August, 2021.

/s/   Dan Saeger
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

```
Label Matrix for local noticing        (p)ATLAS ACQUISITIONS LCC            Victoria E. Baggett
113E-3                                 492C CEDAR LANE SUITE 442             NowackHoward, LLC
Case 21-10273-lrc                      TEANECK NJ 07666-1713                 One Alliance Center, Suite 1650
Northern District of Georgia                                                 3500 Lenox Road
Newnan                                                                       Ste 1650
Fri Feb  4 14:02:53 EST 2022                                                 Atlanta, GA 30326-4280

Brickhouse OpCo I LLC                  Capital One Bank (USA), N.A.          Capital One Bank USA, N.A.
4053 Maple Road Suite 122              4515 N Santa Fe Ave                   PO Box 30285
Amherst, NY 14226-1058                 Oklahoma City, OK 73118-7901          Salt Lake City, UT  84130-0285



Cavalry Portfolio Services             Cavalry SPV I, LLC                    Comenity Bank/Victorias Secret
500 Summit Lake Dr Ste 400             500 Summit Lake Drive, Ste 400        PO Box 182789
Valhalla, NY 10595-2322                Valhalla, NY 10595-2321               Columbus, OH  43218-2789



Credit One Bank                        Melissa J. Davey                      Discover Bank
PO Box 98873                           Melissa J. Davey, Standing Ch 13 Trustee  Discover Products Inc
Las Vegas, NV  89193-8873              Suite 200                             PO Box 3025
                                       260 Peachtree Street, NW              New Albany, OH  43054-3025
                                       Atlanta, GA 30303-1236

(p)DISCOVER FINANCIAL SERVICES LLC     Emmett L. Goodman Jr.                 (p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 3025                            Emmett L. Goodman, Jr., LLC           PO BOX 7999
NEW ALBANY OH 43054-3025               544 Mulberry Street                   SAINT CLOUD MN 56302-7999
                                       Suite 800
                                       Macon, GA 31201-2776

LVNV Funding, LLC                      Dana Lizik                            John Ronald Long
Resurgent Capital Services             Johnson Law Group                     80 Creekside Way
PO Box 10587                           2925 Richmond Avenue                  Newnan, GA 30265-6064
Greenville, SC 29603-0587              Suite 1700
                                       Houston, TX 77098-3135

MERRICK BANK                           (p)MERCHANTS ADJUSTMENT SERVICE  INC  Merrick Bank
Resurgent Capital Services             ATTN ATTN SHERI                       PO Box 9201
PO Box 10368                           PO BOX 7511                           Old Bethpage, NY  11804-9001
Greenville, SC 29603-0368              MOBILE AL 36670-0511

OneMain                                OneMain Financial                     OneMain Financial Group, LLC
PO Box 1010                            PO Box 3251                           P. O. Box 3251
Evansville, IN 47706-1010              Evansville, IN 47731-3251             Evansville, IN 47731-3251



(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Quantum3 Group LLC as agent for       Philip L. Rubin
PO BOX 41067                           MOMA Trust LLC                        Lefkoff Rubin Gleason Russo Williams PC
NORFOLK VA 23541-1067                  PO Box 788                            Suite 900
                                       Kirkland, WA  98083-0788              5555 Glenridge Connector
                                                                             Atlanta, GA 30342-4762

Dan Saeger                             Chad Ralston Simon                    Stonebridge at Newnan Crossing Homeowners As
Saeger & Associates, LLC               Bonial and Associates, P.C.           C/o NowackHoward, LLC
Suite D                                P. O. Box 80727                       Resurgens Plaza, Suite 1250
706 S Thornton Ave                     Atlanta, GA 30366-0727                945 E Paces Ferry Rd, NE
Dalton, GA 30720-8212                                                        Atlanta, GA 30326-2904
```

```
Stonebridge at Newnan Crossing Homeowners As   The Money Source                         The Money Source Inc.
c/o NowackHoward, LLC                          500 S Broad St                           14841 Dallas Parkway, Suite 425
Resurgens Plaza, Suite 1250                    Meriden, CT 06450-6755                   Dallas, TX 75254-8067
945 East Paces Ferry Rd NE
Atlanta, GA 30326-2904


The Money Source Inc.                          Webbank/Fingerhut                        Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
500 South Broad Street Suite 100A              6250 Ridgewood Rd                        PO Box 130000
Meriden, Connecticut 06450-6755                Saint Cloud, MN  56303-0820              Raleigh, NC 27605-1000



Wells Fargo Dealer Services
PO Box 19657
Irvine, CA 92623-9657
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlas Acquisitions LLC                         Discover Financial Services LLC          Jefferson Capital Systems LLC
492C Cedar Lane, Ste 442                       PO Box 15316                             Po Box 7999
Teaneck, NJ 07666                              Wilmington, DE  19850-5316               Saint Cloud Mn 56302-9617


Merchants Adjustment Service                   Portfolio Recovery                       (d)Portfolio Recovery Associates, LLC
PO Box 7511                                    120 Corporate Blvd Ste 100               POB 41067
56 N Florida Street                            Norfolk, VA  23502-4952                  Norfolk VA 23541
Mobile, AL  36670-0511
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Money Source Inc                        (u)Wells Fargo Bank, N.A., dba Wells Fargo Au   End of Label Matrix
                                                                                        Mailable recipients   36
                                                                                        Bypassed recipients    2
                                                                                        Total                 38
```